# EXHIBIT A

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By signing below, I represent to the Court that I have been employed by **Pop's Italian Beef & Sausage** or one of their parents, subsidiaries, or affiliated companies within the prior three (3) years and in one or more workweeks was not paid all of the minimum and/or overtime wages owed to me under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq*. Through this Consent, I authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to me.

Name: _____
(print your name)

Signature: _____

Dated: _____

## AVISO DE CONSENTIMIENTO PARA SER PARTE DEMANDANTE EN UNA ACCIÓN COLECTIVA CONFORME A LA LEY DE NORMAS RAZONABLES DE TRABAJO

Al firmar a continuación, declaro al Tribunal que he sido empleado de **Pop's Italian Beef & Sausage** o una de sus empresas matrices, subsidiarias o afiliadas en los tres (3) años anteriores, y no recibí todos los salarios mínimos y/o los salarios por horas extra correspondientes a una o más semanas de trabajo conforme a la Ley de Normas Razonables de Trabajo, 29 U.S.C. 201 y secciones siguientes. Mediante este Consentimiento, autorizo a que se presente y se procese esta acción conforme a la Ley de Normas Razonables de Trabajo en mi nombre y en el de todas las personas que estén en una situación similar a la mía.

Nombre: *Rosdael Ramirez Meneses*
(escriba su nombre en letra de molde)

Firma: *[signature]*

Dated: *5/11/22*

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

  By signing below, I represent to the Court that I have been employed by **Pop's Italian Beef & Sausage** or one of their parents, subsidiaries, or affiliated companies within the prior three (3) years and in one or more workweeks was not paid all of the minimum and/or overtime wages owed to me under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq*. Through this Consent, I authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to me.

Name: _____
    (print your name)

Signature: _____

Dated: _____

## AVISO DE CONSENTIMIENTO PARA SER PARTE DEMANDANTE EN UNA ACCIÓN COLECTIVA CONFORME A LA LEY DE NORMAS RAZONABLES DE TRABAJO

  Al firmar a continuación, declaro al Tribunal que he sido empleado de **Pop's Italian Beef & Sausage** o una de sus empresas matrices, subsidiarias o afiliadas en los tres (3) años anteriores, y no recibí todos los salarios mínimos y/o los salarios por horas extra correspondientes a una o más semanas de trabajo conforme a la Ley de Normas Razonables de Trabajo, 29 U.S.C. 201 y secciones siguientes. Mediante este Consentimiento, autorizo a que se presente y se procese esta acción conforme a la Ley de Normas Razonables de Trabajo en mi nombre y en el de todas las personas que estén en una situación similar a la mía.

Nombre: _JOSE GAYTAN_____
   (escriba su nombre en letra de molde)

Firma: _[signature]_____

Dated: _25/04/2022_____

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By signing below, I represent to the Court that I have been employed by **Pop's Italian Beef & Sausage** or one of their parents, subsidiaries, or affiliated companies within the prior three (3) years and in one or more workweeks was not paid all of the minimum and/or overtime wages owed to me under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq*. Through this Consent, I authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to me.

Name: _____
(print your name)

Signature: _____

Dated: _____

## AVISO DE CONSENTIMIENTO PARA SER PARTE DEMANDANTE EN UNA ACCIÓN COLECTIVA CONFORME A LA LEY DE NORMAS RAZONABLES DE TRABAJO

Al firmar a continuación, declaro al Tribunal que he sido empleado de **Pop's Italian Beef & Sausage** o una de sus empresas matrices, subsidiarias o afiliadas en los tres (3) años anteriores, y no recibí todos los salarios mínimos y/o los salarios por horas extra correspondientes a una o más semanas de trabajo conforme a la Ley de Normas Razonables de Trabajo, 29 U.S.C. 201 y secciones siguientes. Mediante este Consentimiento, autorizo a que se presente y se procese esta acción conforme a la Ley de Normas Razonables de Trabajo en mi nombre y en el de todas las personas que estén en una situación similar a la mía.

Nombre: *Cesar Palmerin Rodriguez*
(escriba su nombre en letra de molde)

Firma: *[signature]*

Dated: 04-25-22