UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUSDAEL RAMIREZ MENESES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 22-cv-2217 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| ROMEOVILLE BEEF, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT INITIAL STATUS REPORT UNDER RULE 26(f)**

The parties have conferred as required by Rule 26(f), and jointly submit the following Joint Initial Status Report.

**I.      Nature of the Case**

   A.   Attorneys of Record:

   For the Plaintiffs

   Timothy M. Nolan – Lead Trial
   Nolan Law Office
   53 W. Jackson Blvd., Ste. 1137
   Chicago, IL 60604
   (312) 322-1100
   tnolan@nolanwagelaw.com

   For the Defendants

   Stephanie M. Dinkel – Lead Trial
   Koehler Dinkel LLC
   900 S. Frontage Rd., Ste. 300
   Woodridge, IL  60517
   (630) 505-9939
   sdinkel@kdllclaw.com

   B.   State the basis for federal jurisdiction.  This Court has jurisdiction over Plaintiffs' FLSA claims pursuant to 29 U.S.C. 216(b) and 28 U.S.C. 1331; and supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. 1367.

   C.   Provide a short overview of the case in plain English (five sentences or less). Plaintiffs assert violations by the Defendants of the FLSA and IMWL for Defendants' alleged failure to pay overtime compensation. Defendants deny the operative allegations of the complaint. No counterclaim has been asserted.

**IV.** **Settlement, Referrals, and Consent**

    A.    <u>Have any settlement discussions taken place</u>? The parties reached a settlement on June 17, 2022. The settlement provides for payment of the settlement amount by July 8, 2022, or within five business days of this Court's approval of the settlement and dismissal of this case without prejudice, with the Court retaining jurisdiction to enforce the settlement for a period of twenty-eight (28) days, at which time if no motion regarding the agreement is filed by the parties, the dismissal will convert to a dismissal with prejudice with no further action by the court. On June 23, 2022, the parties filed a Joint Motion for Court Approval of Settlement Agreement and Dismissal of Plaintiffs' Complaint. (Dkt. 16).

V.    Other

Defendants Michael and Matthew Motto previously sought leave to extend the deadline for their answer or responsive pleading in light of the settlement negotiations, which the Court granted. The extended deadline is Friday, July 15, 2022. However, in light of the pending settlement, the Motto Defendants respectfully request that the Court further extend the July 15, 2022 deadline and/or stay any further deadlines pending approval of the settlement.

Dated: July 11, 2022

Respectfully submitted,

/s/ Timothy M. Nolan
_____
Attorney for the Plaintiffs

Timothy M. Nolan
Nolan Law Office
53 W. Jackson Blvd., Ste.1137
Chicago, IL 60604
(312) 322-1100
tnolan@nolanwagelaw.com

/s/ Stephanie M. Dinkel
_____
Attorney for the Defendants

Stephanie M. Dinkel
Koehler Dinkel LLC
900 S. Frontage Rd., Ste. 300
Woodridge, IL 60517
(630) 505-9939
sdinkel@kdllclaw.com