# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Rusdael Ramirez Meneses, et al.

                        Plaintiff,

v.                                                         Case No.: 1:22–cv–02217
                                                                 Honorable Steven C. Seeger

Romeoville Beef, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 13, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report (Dckt. No. [17]), as well as the joint motion for approval of the proposed settlement (Dckt. No. [16]). The Court reviewed the settlement agreement. (Dckt. No. [16−1]) Plaintiffs are acting in their individual capacities (only). The Court hereby approves the proposed settlement as fair and reasonable within the meaning of the FLSA. The parties reached the proposed settlement after negotiating in good faith and at arm's length. The settlement would provide Plaintiffs with a meaningful recovery, without the risk and delay of litigation. Plaintiffs will recover 1.5 times the amount of back wages that they claim they are owed. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.